

# Fourth Court of Appeals
## San Antonio, Texas

Wednesday, April 15, 2015

No. 04-15-00205-CR

The **STATE** of Texas,
Appellant

v.

Timothy Lynn **SIMON**,
Appellee

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 458712
John Longoria, Judge Presiding

## O R D E R

On April 2, 2015, the State filed a notice of appeal stating that it is appealing the trial court's order granting the appellant's motion to suppress evidence. *See* TEX. CODE CRIM. PROC. ANN. art. 44.01(a)(5). The State has also requested a stay of proceedings under article 44.01(e) of the Texas Code of Criminal Procedure. TEX. CODE CRIM. PROC. ANN. art. 44.01(e). The stay is GRANTED. All proceedings in Cause No. 458712, styled *State of Texas v. Timothy Lynn Simon*, in the County Court at Law No. 5, Bexar County, Texas, are ORDERED STAYED pending disposition of this appeal.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of April, 2015.

_____
Keith E. Hottle
Clerk of Court